UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

**Case No.**  CV-16-5742-MWF  **Date:**  August 11, 2016

Title:   In Re: Holy Hill Community Church

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER TO ADMINISTRATIVELY CLOSE THE CASE DUE TO CONSOLIDATION

On August 10, 2016, the Court issued an Order Consolidating Appeals from the Bankruptcy Court. (Docket No. 6). This action shall be administratively **CLOSED** because this case has been consolidated under the lower-numbered action (*i.e.*, Case No. CV-16-5739-MWF).

IT IS SO ORDERED.